# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BECKY PINGSTON-POLING, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADVIA CREDIT UNION,<br><br>　　　　Defendants. | **Civil No.:  1:15-cv-1208**<br><br>**Honorable Gordon J. Quist** |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 7(f) of the United States District Court for the District of Columbia, Plaintiff, Becky Pingston-Poling respectfully requests oral argument on Defendant Advia Credit Union's Motion to Dismiss and Memorandum of Points and Authorities in Support thereof.  Plaintiff filed her opposition brief on April 8, 2016.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED:  April 14, 2016　　　　　　BY:  */s/ Richard D. McCune*
　　　　　　　　　　　　　　　Richard D. McCune, *Pro Hac Vice*
　　　　　　　　　　　　　　　rdm@mccunewright.com
　　　　　　　　　　　　　　　**MCCUNEWRIGHT LLP**
　　　　　　　　　　　　　　　2068 Orange Tree Lane, Suite 216
　　　　　　　　　　　　　　　Redlands, California  92374
　　　　　　　　　　　　　　　Telephone:  (909) 557-1250
　　　　　　　　　　　　　　　Facsimile:  (909) 557-1275

　　　　　　　　　　　　　　　Taras Kick, CA State Bar #143379*
　　　　　　　　　　　　　　　taras@kicklawfirm.com
　　　　　　　　　　　　　　　**THE KICK LAW FIRM, APC**
　　　　　　　　　　　　　　　201 Wilshire Boulevard
　　　　　　　　　　　　　　　Santa Monica, California 90401
　　　　　　　　　　　　　　　Telephone:   (310) 395-2988
　　　　　　　　　　　　　　　Facsimile: (310) 395-2088

Philip J. Goodman, Bar #P14168
pgoodman1@aol.com
Of counsel
Michael B. Serling, Bar #P20225
mserlinglaw@aol.com
Denise J. Grass, Bar #P69913
dgrass@serlinglaw.com
**Law Offices of Michael B. Serling, P.C.**
280 N. Old Woodward Ave, Suite 406
Birmingham, MI  48009
Telephone:  (248) 647-6966
Facsimile:  (247) 647-8481

*Pro Hac Vice* applications to be submitted

*Attorneys for Plaintiff Becky Pingston-Poling and the Putative Class*