UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKY PINKSTON-POLING,

    Plaintiff,

v.                                         Case No. 1:15-CV-1208

ADVIA CREDIT UNION,              HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 12) is **DENIED.**

Dated: December 29, 2016                          /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE